IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

HAROLD SPALDING, )
                   Plaintiff, )
)
vs. )
)
STATE FARM MUTUAL INSURANCE )
COMPANY, )
                   Defendant. )



Case No. 3AN-13-7307 CI

## COMPLAINT

Plaintiff alleges:

1. Plaintiff, Harold Spalding, is a resident of Anchorage, Alaska.

2. Defendant, State Farm Mutual Insurance Company, is an insurance company, doing business in the state of Alaska.

3. Defendant issued an automobile insurance policy to plaintiff covering plaintiff in May 2011.

4. On May 25, 2011, plaintiff was in an automobile accident, caused by another driver.

5. The driver who caused the accident, may have acted intentionally. As a result of his alleged intentional act, his auto insurer denied coverage for the accident.

6. Plaintiff's insurance policy with defendant provided uninsured and underinsured motorist coverage for this accident.

7. Defendant is liable to plaintiff for his injuries which were caused by the accident.

8. Plaintiff's injuries include injuries to his back, which have affected his back, legs and feet.

9. As a result of his injuries, plaintiff has incurred medical expenses, pain and suffering, loss of enjoyment of life, lost income and will experience such damages in the future as well as loss of earning capacity.

BOOKMAN & HELM, LLP
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851

WHEREFORE, plaintiff asks that he be awarded judgment against defendant in an amount to be proved at trial, plus costs, interest and attorneys' fees and such other relief as the Court may deem just.

DATED at Anchorage, Alaska this 24 day of May, 2013.

BOOKMAN & HELM, LLP
Attorneys for Plaintiff, Harold Spalding

By: _____
Richard A. Helm
Alaska Bar # 7011059

BOOKMAN & HELM, LLP
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851