Kimberlee A. Colbo
HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone: (907) 274-7522
Facsimile: (907) 263-8320

Attorneys for Defendant State Farm Mutual
   Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAROLD SPALDING,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:13-cv-00197-RRB<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE** |

IT IS NOW HEREBY STIPULATED and agreed by and between Plaintiff Harold Spalding and Defendant State Farm Mutual Automobile Insurance Company, through their respective counsel of record, that all claims in the above-entitled action be dismissed with prejudice and without costs or attorney fees to any of the parties, for the reason that the issues presented have been fully resolved.

Hughes Gorski Seedorf
Odsen & Tervooren, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

BOOKMAN & HELM, LLP
Attorney for Plaintiff

December 10, 2013  By: s/ Richard A. Helm (w/consent)
Date          Richard A. Helm
              ABA No. 7011059
              471 W. 36th Avenue, Suite 204
              Anchorage, AK 99503
              Telephone No: (907) 865-0800
              Facsimile No: (907) 279-4851
              Email: rhelm@bookman-helm.com

HUGHES GORSKI SEEDORF
ODSEN & TERVOOREN, LLC
Attorneys for Defendant State Farm
Mutual Automobile Insurance Company

December 10, 2013  By: s/Kimberlee A. Colbo
Date          Kimberlee A. Colbo
              ABA No. 9211072
              3900 C Street, Suite 1001
              Anchorage, AK 99503
              Telephone No: (907) 274-7522
              Facsimile No: (907) 263-8320
              Email: kcolbo@hglawfirm.net

I hereby certify that a true and correct copy
of the foregoing was served via the court's
ECF system on the 10th day of December, 2013 on:

Richard A. Helm
Bookman & Helm, LLP
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503

s/Kimberlee A. Colbo